IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02676-CMA-KMT

AMERICA 2030 CAPITAL LIMITED,

    Plaintiff,

v.

SUNPOWER GROUP LIMITED,
GE CUI PING,
CHEN KAI,
JIANG NING,
LAU PING SUM, a/k/a Pearce,
EDGE MEDIA GROUP PTE LTD, THE,
TONG KOOI ONG,
P C LEE,
MICHELLE ZHU,
DCP CAPITAL PARTNERS,
DAVID LU,
CDH INVESTMENTS,
HUANG YAN,
LI GANG,
YING WEI,
SONG XIAOMING,
HU NING,
GUO LI,
WILLIAM HSU,
UOB KAY HIAN PTE LTD, and
UNITED OVERSEAS BANK LIMITED,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting April 23, 2020 Recommendation of United States Magistrate Judge (Doc. # 22), entered by Judge Christine M. Arguello on April 30, 2020, it is

ORDERED that Magistrate Judge Kathleen M. Tafoya's Recommendation (Doc. # 18) is AFFIRMED AND ADOPTED as an order of this Court.   It is

FURTHER ORDERED that Plaintiff's Objection to the Recommendation (Doc. # 19) is OVERRULED.   It is

FURTHER ORDERED that Plaintiff's Motion for Change of Venue (Doc. # 20) is DENIED AS MOOT.   It is

FURTHER ORDERED that any further conduct by Plaintiff's counsel which demonstrates willful disregard of this Court's orders or of his duty of candor to the court will be referred to the appropriate attorney regulation committee.   It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

Dated:   April 30, 2020.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By:   s/ S. West
> S. West, Deputy Clerk